# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 12-17362-ELF

DIANE E BARR

171 BEECHWOOD ROAD

SECANE, PA 19018-

      Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      DIANE E BARR

      171 BEECHWOOD ROAD

      SECANE, PA 19018-

Counsel for debtor(s), by electronic notice only.

      PRO-SE
      *
      *
      *, * *

                                                      /S/ William C. Miller

Date: 9/8/2016                              _____

                                                 William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee