United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-17362-elf
Diane E. Barr                                                             Chapter 13
Diane E. Barr
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 2              Date Rcvd: Oct 19, 2016
                             Form ID: pdf900           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
```
db             +Diane E. Barr,    28 Venuti Drive,    Aston, PA 19014-3611
db             +Diane E. Barr,    MAILING ADDRESS,    171 Beechwood Road,    Secane, PA 19018-2012
cr             +Bank of America, N.A. c/o Prober & Raphael, ALC,    20750 Ventura Blvd, Ste 100,
                 Woodland Hills, CA 91364-6207
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE, LLC.,     PO Box 630267,    Irving, TX   75063)
cr             +OCWEN LOAN SERVICING LLC,    ROBERTSON, ANSCHUTZ, SCHNEID, P.L.,    6409 CONGRESS AVE,
                 SUITE 100,    BOCA RATON, FL 33487-2853
cr              U.S. Bank National Association, as Trustee by its,    Stern & Eisenberg, PC,    410 Pavilion,
                 461 Old York Road,    Jenkintown, PA  19046
cr             +U.S. Bank, National Association, as Trustee for C-,    Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3400
12830948        Applied Bank,    PO Box 17120,    Wilm., DE 19886
12830946       +Beneficial/HFC,    PO Box 4153,    Carol Stream, IL 60197-4153
12830944        Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
12830951        GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
12971762       +Household Finance Consumer Discount Company,    PO Box 12907,    Norfolk, VA 23541-0907
12859719       +Joshua I. Goldman, Esquire,    Andrew F. Gornall, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13013975       +Ocwen Loan Servicing, LLC,    Attn: Payment Processing,    3451 Hammond Avenue,
                 Waterloo, IA 50702-5345
13270660        Ocwen Loan Servicing, LLC,    c/o SHERRI J. BRAUNSTEIN,    Woodcrest Corporate Center,
                 111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
12830943        Ocwen Mortgage LLC,    PO Box 24781,    West Palm Beach, FL 33416-4781
12858640       +PROBER & RAPHAEL, A LAW CORPORATION,    20750 Ventura Boulevard, Suite 100,
                 Woodland Hills, California 91364-6207
13038121       +SPRINGCASTLE AMERICA FUNDING TRUST,    PO Box 12907,    Norfolk VA 23541-0907
12830683       +STERN & EISENBERG PC,    Attn: Steven K. Eisenberg, Esquire,    The Pavilion,
                 261 Old York Road, Suite 410,    Jenkintown, PA 19046-3722
12922302        U.S. BANK, NATIONAL ASSOCIATION, et al,    c/o Prober & Raphael,    Attorney for Secured Creditor,
                 P.O. Box 4365,    Woodland Hills, CA 91365-4365
12830945        U.S. Dept. of Education,    PO Box 530260,    Atlanta, GA 30353-0260
12946889       +US Bank National Association, et al,    GMAC Mortgage, LLC,    Attn: Payment Processing,
                 3451 Hammond Avenue,    Waterloo, IA 50702-5300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 20 2016 02:01:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2016 02:01:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2016 01:56:46     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12851849        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2016 01:56:32
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
12830950        E-mail/Text: cio.bncmail@irs.gov Oct 20 2016 02:00:34     IRS,    PO Box 21126,
                 Phila., PA 19114
12958054        E-mail/Text: bkr@cardworks.com Oct 20 2016 02:00:30     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
12830947        E-mail/Text: bkr@cardworks.com Oct 20 2016 02:00:30     Merrick Bank,    PO Box 30537,
                 Tampa, FL 33630-3537
12830949       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2016 02:00:48     PA Dept. of Revenue,
                 Bur. of Ind. Taxes,    PO Box 28052,    Harrisburg, PA 17128-0001
12902356        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2016 02:08:39
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12896964        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2016 02:00:48     Pennsylvania Department Of Revenue,
                 Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
12848959        E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2016 01:56:46     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605,
                 Attn: Ramesh Singh
12889205        E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2016 02:00:41
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
12845944        E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2016 01:56:46     Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12885388       +Fax: 407-737-5634 Oct 20 2016 01:59:51     U.S. Bank National Association,
                 c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    1661 Worthington Rd, Suite 100,
                 West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 14
```

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                  Date Rcvd: Oct 19, 2016
                              Form ID: pdf900              Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
cr*             +SPRINGCASTLE AMERICA FUNDING TRUST,    POB 12907,    Norfolk, VA 23541-0907
12826277*       +Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
13505683*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC.,    PO Box 619096,    Dallas, TX 75261-9741)
13213551*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                  Lewisville, TX 75067)
12980203*       +US Bank National Association et al,    GMAC Mortgage, LLC,    Attn: Payment Processing,
                  3451 Hammond Avenue,    Waterloo, IA 50702-5300
                                                                                               TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   U.S. Bank, National Association, As Trustee For et
               al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US Bank National Association Et AL...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LESLIE J. RASE    on behalf of Creditor    U.S. Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC pabk@logs.com,    lerase@logs.com
              MARIO J. HANYON    on behalf of Creditor    US Bank National Association Et AL... paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    U.S. Bank, National Association, As Trustee For et al.
               paeb@fedphe.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for
               sbraunstein@udren.com,    vbarber@udren.com
              STEVEN K. EISENBERG    on behalf of Creditor    U.S. Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;ckohn@sterneisenberg.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               C-BASS Trust 2006-CB9, C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-CB9, by its
               Attorney in Fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                                 TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE E BARR | Chapter 13 |
| Debtor | Bankruptcy No. 12-17362-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: October 19, 2016**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PRO-SE
*
*
*, * *

Debtor:
DIANE E BARR

171 BEECHWOOD ROAD

SECANE, PA 19018-